UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANESH GUPTA,

        Plaintiff,

v.                                 Case No.:

THE WALT DISNEY COMPANY;
WALT DISNEY PARKS & RESORTS, U.S., Inc.;
UNITED STATES OF AMERICA;
MARGARET IGLESIAS, Former Field Office Director,
USCIS, Orlando Field Office; sued in individual capacity;
TRACY A. McCORMICK, Immigration Service Officer,
USCIS, Orlando; sued in individual capacity;
LISA A. ZAMORA, Supervisory Adjudication Officer,
USCIS, Chicago; sued in individual capacity;
KENNETH C. WEIR, Adjudication Officer,
USCIS, Chicago; sued in individual capacity;
EDGARDO CENTENO, Deportation Officer,
U.S. Immigration and Customs Enforcement Orlando;
sued in individual capacity;
ALLISON SABATINI, Supervisory Detention & Deportation Officer,
U.S. Immigration and Customs Enforcement, Miami;
sued in individual capacity;
ANDREA MOLINA, Deportation Officer,
U.S. Immigration and Customs Enforcement, Miami;
sued in individual capacity;

        Defendants.
_____/

## COMPLAINT FOR MONEY DAMAGES UNDER LITTLE TUCKER ACT 28 U.S.C. 1346(a)(2) & ALIEN TORT CLAIM ACT 28 U.S.C. 1350

**INTRODUCTION:**

    1.    This complaint seeks monetary damages against the Defendant

United States of America for breach of contract by the Internal Revenue Service; and monetary damages are sought against the other Defendants for conspiring and/or participating in the torture of the Plaintiff in violation of the law of nations related to falsifying the passport application, forging Plaintiff's signature on it, and placing the fake passport so procured and the associated falsified passport application in the U. S. government records pertaining to the Plaintiff.

**PARTIES:**

2.      Plaintiff is an alien and, during all times material to the claims presented in this complaint, resided within the federal jurisdiction of the District Court of Middle District of Florida, Orlando Division.

3.      Defendant The Walt Disney Company (hereinafter referred to as "TWDC") is a corporation incorporated in Delaware. Defendant Walt Disney Parks & Resorts, U.S. Inc. (formerly known as Walt Disney World Co.) (hereinafter referred to as "WDPR") is a corporation incorporated in Florida. WDPR represents itself to be a subsidiary of TWDC. The parent company TWDC, through its subsidiary WDPR, operates Theme Parks and Resorts within the jurisdiction of the District Court of Middle District of Florida, Orlando Division.

4.      Defendant United States is a sovereign state, and the contract-in-

fact entered by the federal agency Internal Revenue Service (hereinafter referred to as "IRS") with the Plaintiff is considered an implied contract with the United States.

5.      Defendants Margaret Iglesias (hereinafter referred to as "Iglesias"), Tracy McCormick (hereinafter referred to as "McCormick"), Lisa A. Zamora (hereinafter referred to as "Zamora"), Kenneth C. Weir (hereinafter referred to as "Weir"), Edgardo Centeno (hereinafter referred to as "Centeno"), Allison Sabatini (hereinafter referred to as "Sabatini"), and Andrea Molina (hereinafter referred to as "Molina") are all federal employees, and are sued in their individual capacities.

**JURISDICTION:**

6.      Defendants The Walt Disney Company, Walt Disney Parks & Resorts, U.S. Inc., Margaret Iglesias, Tracy McCormick, Lisa A. Zamora, Kenneth C. Weir, Edgardo Centeno, Allison Sabatini, and Andrea Molina are sued under 28 U. S. Code § 1350 for conspiring to inflict and/or intentionally inflicting severe mental pain and suffering on the Plaintiff in violation of the jus cogens norm under the law of nations.[1]

7.      Defendant United States is sued under 28 U.S. Code § 1346(a)(2)

---

[1] *Abebe-Jira v. Negewo*, 72 F.3d 844, 848 (11th Cir. 1996); *Mehinovic v. Vuckovic*, 198 F. Supp. 2d 1322, 1344 (N.D. Ga. 2002); *Aldana v. Del Monte Fresh Produce, N.A.*, 416 F.3d 1242, 1251-53 (11th Cir. 2005); *Cabello v. Fernandez-Larios*, 402 F.3d 1148, 1157-58 (11th Cir. 2005); *Romero v. Drummond Co.*, 552 F.3d 1303, 1315 (11th Cir. 2008)

for non-payment of money, the Internal Revenue Service owes to the Plaintiff

for the services the Internal Revenue Service received from the Plaintiff

under the implied-in-fact contract[2]

**VENUE:**

8.     Pursuant to 28 U.S. Code § 1391(a) and (b)(2), venue is proper in

the District Court of Middle District of Florida, Orlando Division, as the

substantial part of acts, events, or omissions that gave rise to the claim for

relief requested in the complaint, occurred in this Federal Judicial District.

**FACTS:**

9.     The Walt Disney Company, together with its subsidiaries and

affiliates, is a leading diversified international family entertainment and

media enterprise that includes three core business segments: Disney

Entertainment, ESPN, and Disney Parks, Experiences and Products.[3]

10.     TWDC and WDPR have used the legislative process to create an

immigration scheme—the Q visa—inuring almost exclusively to its own

benefit. As of 2009, the yearly revenues of TWDC exceeded $36 billion, and

almost 30% of those revenues came from the company's theme parks, the

largest of which WDPR. There is a direct connection between that revenue

and the thousands of internationals who come to the WDPR each year,

---

[2] *Villars v. United States*, 590 F. App'x 962 (Fed. Cir. 2014)

[3] https://thewaltdisneycompany.com/about/ (last visited on September 18, 2023)

admitted to the United States on the Disney-designed Q visa for —cultural exchange workers. *See* 63 Fla. L. Rev. pp. 917, 923-925, 930-932 (2011)[4]. The Q visa shows the legislative malleability of the law-one individual persuaded Congress to enact new legislation in order to benefit a single company to the tune of millions of dollars per year. *See* 63 Fla. L. Rev. *supra* ¶4 at 957.

11.    While residing in Orlando, FL, Plaintiff worked as a school teacher for the Orange County Public Schools and as a part-time employee at the WDPR. Plaintiff's IDs; and the response to Plaintiff's communication to the President of the United States, Donald Trump, which was received in U.S. mail by the Plaintiff at the Orlando address, are attached as **Exhibit**.

12.    Plaintiff got into an employment dispute with TWDC and WDPR, which led to the filing of an employment discrimination lawsuit, *Anesh Gupta v. The Walt Disney Company / Walt Disney World Co.* 6:05-cv-1432-ACC-GJK (M.D.FL.). TWDC and WDPR, for the past several years, were manipulating the laws to reap financial gains without any consequences while the regulators were looking the other way. *See* 63 Fla. L. Rev. *supra* ¶3 at 957. Plaintiff's said employment lawsuit became a risk to the millions of dollars TWDC and WDPR were amassing in the name of the Q-visa program. *See* 63 Fla. L. Rev. *supra* ¶2 at 933 ("Disney may benefit financially from its cultural

---

[4] "*The Wonderful World of Disney Visas*", by Kit Johnson, 63 Florida Law Review 915-958 (2011) (hereinafter "63 Fla. L. Rev.").

representatives, but one former cast member has challenged Disney's insistence on staffing certain areas of the resort exclusively with cultural representatives, claiming that doing so amounts to employment discrimination. In a lawsuit filed in 2005, Anesh Gupta, an Asian-American, argued that wait-staff positions at the Akershus Royal Banquet Hall in Epcot's Norway pavilion should not be limited to cultural representatives.").

13.    WDPR forged the electronic work schedules - which were the basis of Plaintiff's said 6:05-cv-1432 action - by removing Plaintiff's name from them. *See Anesh Gupta v. Robert S. Mueller III, Director F.B.I. et.al.* 6:08-cv-846-Orl-ACC-KRS (M.D.FL.)

14.    Corporate Defendants several times attempted to confidentially settle the employment lawsuit (6:05-cv-1432 action) with the Plaintiff, and to silence the Plaintiff from exposing their wrongdoings.[5]

15.    Plaintiff approached the President of the United States Barack Obama[6] and several U.S. Senators and Congressmen related to his grievances against TWDC and WDWPR.[7]

---

[5] *See Anesh Gupta v. Richard T. McGahey, et.al.* 6:10-cv-280-Orl-ACC-GJK (M.D.FL.*)* PageID 214-219, *See also Anesh Gupta v. Disney* 6:05-cv-1432 *id.* Dkt. 177 Pages 14-18.

[6] *See Anesh Gupta v. U.S. Attorney General et.al.* 6:09-cv-1661-Orl-MSS-DAB (M.D.FL.) Dkt. 1 Exhibit Page nos.160-161 (listed on s.no. 46 and 47 on the list of documents)

[7] *See Anesh Gupta* 6:09-cv-1661 *id.* Dkt. 1 Exhibit Page nos. 247, 248 and 249

16.     Federal, State, and Local law enforcement officials work at/for TWDC and WDPR. *See Anesh Gupta v. Richard T. McGahey, Senior Special Agent I.C.E. et.al.* 6:10-cv-280-Orl-ACC-RMN (M.D.FL.) (Dkt. 98); *See also* 63 Fla. L. Rev. *supra* ¶3 at 957. The following clearly portrays the nexus of the law enforcement agencies with the TWDC and WDWPR in allowing unlawful activities by and benefitting the interests of the corporate defendants:

a.     Federal official(s) removed material referencing the executives of TWDC and WDWPR related to the wrongdoings by TWDC and WDWPR from the communication to President Barack Obama;[8]

b.     Local law enforcement officials arrested the Norwegian teenage girl working at the WDWPR on a Q-1 visa, who complained of being under the influence of drugs, gang raped by other Q-1 visa holder employees of WDWPR,for filing a false police complaint and then deported by federal officials;[9]

c.     Federal officials generated false investigative reports exonerating WDWPR of violating immigration laws of the United States;[10]

_____

[8] Dkt 74 at 2 of case no. 6:10-cv-280-ACC-RMN) *id.* and *See* the original letter to President Obama on Dkt. 208 (on f.n. 6 of Dkt 74 due to a typing error  Dkt. 208 is mentioned as Dkt. 280) Exhibit 1 (PageID 2568 to 2592) of case A*nesh Gupta v. Disney* 6:05-cv-1432 *id.*

[9] *State ofFlorida v. Sunde, Elisabet*, 2006-MM- 002374-A-O & 2006-MM-02383-A-O Orange County, Orlando, FL.

[10] PageID 67-68 and Exhibits Page ID 85-109 of Dkt. no. 8 of *Anesh Gupta* 6:09-cv-1661 *id.* and *See also* Page ID 402-404 of Dkt. no. 76 of *Anesh Gupta v. McGahey*  6:10-cv-280 *id.*

d.   Florida State law enforcement official(s) stalled criminal investigation as Q-1 visa workers of the WDWPR were entangled in the incident;[11]

e.   Federal Drug Enforcement official(s) buried the probe of illegal drug activities implicating the Q-1 visa holder participants of WDWPR's so-called cultural exchange program;[12]

f.   State and Local law enforcement officials, either blocked the probe or conducted shoddy investigations into matters related to procurement and use of fake IDs for unlawful activities by Q-1 visa holders of WDWPR's so-called cultural exchange program;[13]

g.   Federal officials, under the color of authority, took Plaintiff's work ID, name tag, and complimentary employee pass related to Plaintiff's employment with WDWPR from Plaintiff's apartment and car, and gave those items, unlawfully taken from the Plaintiff, to their acquaintances at TWDC and WDWPR. *See* Dkt. 20 of case *Anesh Gupta* 6:09-cv-1661 *id.* and *See also* Dkt. 130 of case *Anesh Gupta* 6:10-cv-280 *id.* Just before the so-called federal

---

[11] *See* Dkt. 21 pages 17 to 23 of *Anesh Gupta v. U.S. Attorney General et.al.* case no. 1:19-cv-21545-KMM (S.D.FL.)

[12] *See* Dkt. 21 pages 6 to 16 of *Anesh Gupta* case no. 1:19-cv-21545-KMM (S.D.FL.) *id.*

[13] *See* Dkt. 21 pages 24 to 30 of *Anesh Gupta* case no. 1:19-cv-21545-KMM (S.D.FL.) *id.*

officials showed up at Plaintiff's house, Plaintiff received a voice

message from TWDC/WDWPR to the effect that Plaintiff has

been ***promoted*** from a part-time to a full-time employee.

Subsequently, officials from the office of U.S. Attorney for the

Middle District of Florida fraudulently got the related lawsuit

*Anesh Gupta* 6:10-cv- 280-ACC-RMN *id.* dismissed by concealing

the evidence of Plaintiff's claim for relief from the court. *See* Dkt.

73 of the 6:10-cv- 280 case; and officials from the United States

Department of Justice committing fraud on the court(s)  procured

favorable rulings in several other lawsuits connected with the

Plaintiff, *See* Dkt. 93 of case *Anesh Gupta v. United States*

*Attorney General et.al.* 6:10-cv-279-Orl-WWB-LHP (M.D.FL.).

17.    Plaintiff and the IRS, pursuant to 26 U.S.C. 7623, had entered

into a contract related to the concealment of taxes at TWDC and WDWPR (26

U.S.C. 3121(a)(1)(12)(B); (b)(19). Under the said implied-in-fact contract ((26

U.S.C. 7623(b)(6)(A); 29 C.F.R. 10.2)), it was agreed upon that Plaintiff would

provide related services to the IRS in exchange for monetary considerations.

Such services related to tax fraud at TWDC and WDWPR were requested

from the Plaintiff by the IRS under the said contract, and Plaintiff rendered

all the requested services to the IRS, which included details of the software

and how the software was being used by/at the corporate defendants'
businesses to evade taxes. (See some of the related material on PageIDs
53-57 of case no. 6:09-cv-1661-MSS-DAB *Anesh Gupta v. U.S. Attorney
General et.al.*(M.D.FL.). Even after all the services requested under the
contract were provided to the IRS by the Plaintiff [*See United States v. Fior
D'Italia, Inc.*, 536 U.S. 238 (2002), (IRS is authorized to estimate tax liability
for unreported tips to employees, and assess FICA taxes on restaurant
employer by calculating average tip percentage from credit card receipts, and
applying that percentage to restaurant's total sales)], the IRS didn't pay the
Plaintiff for the services received under the stated contract.

18.    The aforesaid lawsuit(s) and complaints filed by the Plaintiff
became a risk to the millions of dollars TWDC and WDPR were pocketing in
collusion with the government officials in the name of the Q-visa program.[14]

19.    The corporate Defendants conspired with the Federal Defendants
to get rid of the Plaintiff by inflicting severe emotional suffering on the
Plaintiff. The federal agencies and the U.S. Department of Justice were
weaponized against the Plaintiff to destroy Plaintiff's marital union.

a.    Plaintiff's Alien File ("A-File") was under the supervision and
control of the USCIS office when Iglesias was the Field Office Director of

---

[14] *See* Dkt 107 at 4, Dkt. 166, Dkt 223, Dkt. 241 of *Anesh Gupta v. Disney* 6:05-cv-1432 *id.*

USCIS Orlando. Iglesias and her subordinate McCormick caused the disappearance of Page 1, the File Copy of Form I-181 "Memorandum of Creation of Record of Lawful Permanent Resident," from Plaintiff's Alien File.[15]  Earlier, Pauline McGahey[16], another subordinate of Iglesias had asked Plaintiff's U.S. Citizen spouse to withdraw the I-130 visa petition filed to accord the Plaintiff status as a spouse of a U.S. Citizen.[17] Iglesias and McCormick clung to Plaintiff's immigration case until U.S. Senator Marco Rubio and U.S. Senator Ben Nelson intervened to have Plaintiff's A-File removed from the tainted USCIS office headed by Iglesias and staffed by her stooges, to the Chicago USCIS office.[18]

     b.    McCormick from Orlando, in collusion with other conspirators, roped in Weir and his supervisor Zamora from the USCIS Chicago office[19] in the conspiracy to falsely document that Plaintiff is a suspected terrorist and/ or has a criminal history.[20]

     c.    Centano was engaged by the conspirators to arrest the Plaintiff

---

[15] *See* PageID 305 of case *Anesh Gupta v. McGahey*  6:10-cv-280 *id.*

[16] Pauline McGahey has since been removed from federal employment along with her spouse Richard T. McGahey. Richard McGahey while being in active federal service used to work at/for the corporate Defendants.

[17] *See* PageID 915 of case *Anesh Gupta v. U.S. Attorney General et. al.* 6:10-cv-279 *id.*

[18] *See* PageIDs 916-917 of case *Anesh Gupta v. U.S. Attorney General et. al.* 6:10-cv-279 *id.*

[19] *See* PageIDs 998-1001  of case *Anesh Gupta v. U.S. Attorney General et. al.* 6:10-cv-279 *id.*

[20] *See* Dkt. 131 Exhibits 1 to 3 of case *Anesh Gupta v. United States Attorney General et. al.* 6:13-cv-Orl-1027-PGB-LHP (M.D.FL.)

based on the falsified entries caused to be generated by McCormick, Weir, and Zamora. Centano arrested the Plaintiff from Orlando and hauled him to a High-Security Prison in Miami, FL, where Plaintiff was locked up with dangerous criminals, separated from the general inmate population.[21]

20.    At the Miami penitentiary, co-conspirators Molina under the supervision of Sabatini, persistently coerced the Plaintiff into signing a passport application attesting that Plaintiff has been divorced from his U.S. Citizen spouse. When Plaintiff didn't abide by Molina and Sabatini's directives, Plaintiff was moved from the bed in his cell to a makeshift cot and threatened by Molina that Plaintiff would be transferred to a very notorious and far away prison if Plaintiff refused to sign the papers admitting that Plaintiff has divorced.

Molina told the Plaintiff that Plaintiff's case is monitored at the highest levels and the higher-ups were directly involved in compelling the Plaintiff to sign the falsified application for the passport.

Plaintiff was reminded how in 2009, the Plaintiff was transferred to another prison when the Judge told the Plaintiff that at the next hearing, Plaintiff would be released on Bond.[22]

---

[21] *See* Dkt. 9 pages 3 to 5 of *Anesh Gupta* case no. 1:19-cv-21545-KMM (S.D.FL.) *id.*

[22] *See* Dkt. 86 of case *Anesh Gupta v. U.S. Attorney General et. al.* 6:10-cv-279 *id. See also* Dkt. 31 Exhibit 5 of case *Anesh Gupta v. McGahey* 6:10-cv-280 *id.*

From April 2019 to July 2019, for 4 (Four) months, Plaintiff was under the official custody of the so-called federal officials, and Molina and Sabatini intentionally inflicted severe emotional pain and suffering on the Plaintiff to take Plaintiff's signature on a falsified passport application which would show Plaintiff's marital status as being Divorced.

Numerous times Plaintiff was warned to be ready for transfer to an infamous facility and to face the horrifying conditions of those prisons.

Plaintiff was constantly in fear for his life and for serious bodily injury due to the threats and unlawful acts of Molina and Sabatini.[23]

21.     Plaintiff's spouse engaged an attorney and requested Molina and Sabatini to release the Plaintiff.[24]

22.     Nevertheless, Molina and Sabatini procured a passport from the Indian Embassy by submitting a falsified passport application on behalf of the Plaintiff on which it was asserted that Plaintiff has DIVORCED. Plaintiff's signature was forged on the passport application. The aforesaid application for a passport had several other fabricated entries as well. The copy of the said falsified passport application with Plaintiff's forged signatures and the copy of the passport which was so procured, were placed

---

[23] *See* Dkt. 8 foot note 1 of *Anesh Gupta* case no. 1:19-cv-21545-KMM (S.D.FL.) *id.*

[24] *See* Dkt. 25 pages 33-37 of *Anesh Gupta* case no. 1:19-cv-21545-KMM (S.D.FL.) *id.*

in the United States Government Records related to the Plaintiff.[25]

23.     The copy of the falsified passport application submitted on Plaintiff's behalf for procuring the passport was released to the Plaintiff by the Indian Embassy in December 2019. The same copy of the passport application and the copy of the passport with fake entries were released to the Plaintiff from the U.S. Government Records in January 2020, in response to the request filed under the Freedom of Information Act for a copy of the record of Plaintiff's A-File.

24.     Due to the said acts of Molina and Sabatini, Plaintiff has suffered and will continue to suffer extreme and severe mental anguish and emotional distress. The mental torture of the Plaintiff by Molina and Sabatini has caused severe psychological injuries to the Plaintiff. Plaintiff has become distant, fearful, and is unable to connect with people. Plaintiff is not the same person he was before being tortured by Molina and Sabatini.

These acts were inflicted intentionally and with malice to cause the Plaintiff severe mental pain and suffering, and to have the lasting effect of forever causing the Plaintiff to live in fear of being subjected to similar acts.

Plaintiff is suffering from post-traumatic stress disorder, depression, anxiety, and insomnia, for which he receives treatment.

---

[25] *See* Dkt. 25 pages 22-31 of *Anesh Gupta* case no. 1:19-cv-21545-KMM (S.D.FL.) *id.*

**CAUSES OF ACTION:**

### LITTLE TUCKER ACT 28 U.S.C. 1346(a)(2)

25.    Plaintiff incorporates by reference paragraphs 1 through 17 of this Complaint as if set forth herein.

26.    The United States has breached the agreement by failing to compensate the Plaintiff for his services. Plaintiff seeks actual, incidental, and consequential damages for breach of contract.

### The Alien Tort Claims Act, 28 U.S.C. § 1350 For Mental Torture

27.    Plaintiff incorporates by reference paragraphs 1 through 24 of this Complaint as if set forth herein.

28.    The conspiracy of the Corporate Defendants and Federal Defendants to get rid of the Plaintiff resulted in serious mental torture of the Plaintiff. The said Defendants are jointly and severally liable for the acts in furtherance of the conspiracy that are in violation of the jus cogens norm under the law of nations.

29.    The mental torture of the Plaintiff by Molina and Sabatini has caused the Plaintiff severe mental pain and suffering and has the effect of forever causing the Plaintiff to live with the resulting injuries and sufferings.

30.    Plaintiff is entitled to recover compensatory and punitive damages in amounts to be ascertained at trial.

**PRAYER FOR RELIEF:**

WHEREFORE, Plaintiff respectfully requests the Court to:

a)    enter judgment in favor of Plaintiffs on all counts of the

complaint;

b)    award the Plaintiff damages for breach of contract under the

Little Tucker Act;

c)    award the Plaintiff damages under the Alien. Tort Claim Act;

d)    and to grant any other relief to the Plaintiff as the Court deems

just under the circumstances

Encl.: Exhibit as stated herein

Dated. September 19, 2023

Respectfully Submitted,

(ANESH GUPTA)
*Pro-se Plaintiff*
C/o Mrs. Laura Schultz
1320 Brookdale Drive
Carpentersville, IL 60110
Tel.: (407) 494-6394
Email: aneshgupta@yahoo.com